**IN THE UNITED STATES DISTRICT COURT**
**EASTERN DISTRICT OF ARKANSAS**
**NORTHERN DIVISION**

DANIEL OWENS,                                                                                    PLAINTIFF

v.                                             3:22CV00324-KGB-JTK

SUSAN DUFFEL, et al.                                                                        DEFENDANTS

## <u>ORDER</u>

Daniel Owens ("Plaintiff") filed this 42 U.S.C. § 1983 action while he was incarcerated at the Poinsett County Detention Center, and the Court granted his Motion to Proceed In Forma Pauperis on January 3, 2023.   (Doc. Nos. 1, 2, 4).

Plaintiff has been released from incarceration.    (Doc. No. 6).   The Court needs to review Plaintiff's financial information because it is unclear whether Plaintiff is still entitled to proceed in forma pauperis now that he is no longer in custody.

If Plaintiff wishes to continue this action, he must file an updated Motion to Proceed In Forma Pauperis within thirty (30) days of the date of this Order.   The Clerk of the Court is directed to send Plaintiff an in forma pauperis application.

Plaintiff's failure to file an updated Motion to Proceed In Forma Pauperis within thirty (30) days of the date of this Order will result in the dismissal of Plaintiff's Complaint without prejudice. See Local Rule 5.5(c)(2). [1]

---

[1] The Plaintiff is hereby notified of his responsibility to comply with the Local Rules of the Court, including Rule 5.5(c)(2), which states, in part: "If any communication from the Court to a pro se Plaintiff is not responded to within thirty (30) days, the case may be dismissed without prejudice.   Any party proceeding pro se shall be expected to be familiar with and follow the Federal Rules of Civil Procedure."

IT IS SO ORDERED this 7th day of February, 2023.

JEROME T. KEARNEY
UNITED STATES MAGISTRATE JUDGE