**IN THE UNITED STATES DISTRICT COURT
EASTERN DISTRICT OF ARKANSAS
NORTHERN DIVISION**

DANIEL OWENS,                                                                                    PLAINTIFF

v.                                               3:22CV00324-KGB-JTK

SUSAN DUFFEL, et al.                                                                      DEFENDANTS

## ORDER

Defendants have filed an Answer to Plaintiff's Complaint and supplied their correct names.

(Doc. No. 10).    The Clerk of the Court is directed to change the style of the case to reflect the

correct name of Defendant Susan Duffel.

IT IS SO ORDERED this 23rd day of February, 2023.

_____
JEROME T. KEARNEY
UNITED STATES MAGISTRATE JUDGE