# IN THE UNITED STATES DISTRICT COURT
# EASTERN DISTRICT OF ARKANSAS
# NORTHERN DIVISION

DANIEL OWENS,                                                                                    PLAINTIFF

v.                                          3:22CV00324-JTK

SUSAN COX-DUFFEL, et al.                                                                    DEFENDANTS

## JUDGMENT

Based on the Order entered this date, judgment is entered in favor of Defendants. Plaintiff's Complaint is dismissed with prejudice.

Dated this 8th day of November, 2023.

_____
JEROME T. KEARNEY
UNITED STATES MAGISTRATE JUDGE